IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTORA, INC., <br><br> Plaintiff <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Civil Case No. 1:23-cv-04504 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Gabriel A. Fuentes |

**AGREED MOTION FOR ENTRY OF
CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff, Intora, Inc. d/b/a Sportsheets International ("Sportsheets"), by its attorneys, hereby moves this Court for entry of the attached proposed Consent Judgment and Permanent Injunction against nan yang mai en shi ye you xian gong si, d/b/a alex-Guest; nan yang shi xing cheng huo yun you xian gong si, d/b/a aogoto; nan yang shi chen xin shi ye you xian gong si, d/b/a all.star.cast; berderterler; nan yang shi chen xin shi ye you xian gong si, d/b/a The Eternal Classical; nan yang mai en shi ye you xian gong si, d/b/a niceguy010, username spartahero; alpskimini, d/b/a alpsk's store; nimfos, d/b/a aspenforest; and nan yang shi xing cheng huo yun you xian gong si, d/b/a onmyway2018, username kondogbia (the " Listed Defendants").[1] In support thereof, Plaintiff states as follows:

1. The Plaintiff and Listed Defendants have entered into a Settlement Agreement, which only resolves this action as between Sportsheets and the Listed Defendants, and does not affect the judgments entered against other defendants in this case.

---

[1] This Motion for Entry of Consent Judgment and Permanent Injunction ("Motion") may encompass one or more online stores or sellers or named defendants. For simplicity, the Motion will refer to the Listed Defendants in the plural, even if only one defendant is defined or contemplated or bound by the Motion.

32530451.1

2.   As a part of the entered-into Settlement Agreement, Plaintiff and the Listed Defendants agreed to the form and entry of the attached proposed Consent Judgment and Permanent Injunction.

**WHEREFORE,** Plaintiff, on behalf of the parties, requests the Court to enter the concurrently submitted proposed Consent Judgment and Permanent Injunction in its present form, which will only resolve this action as between Sportsheets and the Listed Defendants, and will not affect the judgments entered against other defendants in this case.

Dated:  September 15, 2023        Respectfully submitted,

**INTORA, Inc., dba Sportsheets International**

By:   /s/ James P. Muraff
         One of its attorneys

James P. Muraff (ARDC #6225693)
Stephen J. Rosenfeld (ARDC #6216769)
Nicholas A. Kurk (ARDC #6292133)
McDONALD HOPKINS LLC
300 North LaSalle, Suite 1400
Chicago, IL 60654
Phone: (312) 280-0111
srosenfeld@mcdonaldhopkins.com
jmuraff@mcdonaldhopkins.com
nkurk@mcdonaldhopkins.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, James P. Muraff, an attorney, hereby certify that on September 15, 2023, I electronically filed the foregoing **AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION** with the Clerk of Court using the Electronic Case Filing System and in compliance with the General Order on Electronic Case Filing. As such, these documents were served on all parties who are deemed to have consented to electronic service.

By: /s/ James P. Muraff

32530451.1